TO:     The Clerk of the Court of Appeals for the 14 Supreme Judicial District

Cause Number 14-CCV-052415

| | | |
|---|---|---|
| Karla Vaca as Attorney in Fact for Alberto L Vaca | )( County Court at Law 3 | FILED IN<br>14th COURT OF APPEALS<br>HOUSTON, TEXAS |
| VS | )(<br>)( | 2/13/2015 11:22:51 AM |
| | )( | CHRISTOPHER A. PRINE |
| Francisco Toro; Isaura E Morales | )( FORT BEND COUNTY, TEXAS | Clerk |

JUDGE PRESIDING: Susan G. Lowery

COURT REPORTER: Robin Rosen

COUNSEL FOR APPELLANT: U A Lewis
        ADDRESS: The Lewis Group Law Group
                P. O. Box 27353
                Houston, Tx 77227
        TELEPHONE NO: 713-570-6555

COUNSEL FOR APPELLEE: Kimberly Rose Stuart
        ADDRESS: Crain Caton & James
                A Professional Corporation
                17th Floor Five Houston Center
                1401 McKinney Street
                Houston, Tx 77010-4035
        TELEPHONE NO: 713-658-2323

TYPE AND DATE OF DISPOSITION: Summary Judgment -- November 5, 2014

JURY TRIAL: No

APPEALS CONSOLIDATED UNDER THIS CASE:

COMPANION CASES:

NOTICE OF APPEAL FILED ON: 02/12/2015

MOTION FOR NEW TRIAL FILED: 01/27/2015

MOTION TO MODIFY JUDGMENT FILED:

MOTION TO REINSTATE FILED:

REQUEST FOR FINDINGS AND CONCLUSIONS FILED:

                        LAURA RICHARD, COUNTY CLERK
                        FORT BEND COUNTY, TEXAS
                        By_____
                        Linda Key-Blue, Deputy

                                        NOTICE OF APPEAL
                                i:\CIVIC\APPEAL\NOTICE.DOC

CAUSE NO. -14-CCV-052415

| | | |
|---|---|---|
| **KARLA VACA AS ATTORNEY IN** | § | **IN THE COUNTY CIVIL COURT** |
| **FACT FOR ALBERTO L. VACA** | § | |
| **PLAINTIFF'S** | § | |
| | § | |
| **VS.** | § | **AT LAW NO. THREE (3) OF** |
| | § | |
| **ISAURA MORALES AND** | § | |
| **FRANCISCO TORO** | § | |
| **DEFENDANT** | § | **FORT BEND COUNTY, TEXAS** |

## NOTICE OF APPEAL

Defendants, ISAURA MORALES AND FRANCISCO TORO, in the above styled and numbered cause, and files the notice of appeal and would show this Honorable court as follows:

The defendant request that an appeal of the plea to the jurisdiction, motion for new trial, motion to reconsider, and refusal to set a supercedeas bond, after the case became final by denying of the motion for trial de novo and new trial.

We pray this case be appealed to the first or fourteenth court of appeals of Texas.

Respectfully Submitted,

THE LEWIS LAW GROUP
SBN 24076511
PO BOX 27353
HOUSTON, TX 77227
713-570-6555
713-581-1017
MYATTORNEYATLAW@GMAIL.COM

# CERTIFICATE OF SERVICE

Respectfully Submitted,

*U.A. Lewis*

THE LEWIS LAW GROUP
SBN 24076511
PO BOX 27353
HOUSTON, TX 77227
713-570-6555
713-581-1017
MYATTORNEYATLAW@GMAIL.COM

# CERTIFICATE OF SERVICE

This is to certify that on the date of filing of this document a true and correct copy of this instrument was delivered in accordance with TRCP 21, and 21a to:

CRAIN CATON & JAMES
17TH FLOOR-FIVE HOUSTON CENTER
1401 MCKINNEY STREET
HOUSTON, TX 77010

Respectfully Submitted
_____/S/_____
U.A. Lewis